UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. PEOPLES, JR., <br><br> Plaintiff, <br><br> v. <br><br> NAVY BOARD ANNEX, <br><br> Defendant. | No. 2:19-cv-02253 TLN AC PS <br><br><br><br> ORDER |

Plaintiff is a state prisoner proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). Plaintiff has not filed a motion to proceed in forma pauperis ("IFP"), nor has he paid the filing fee. Plaintiff did attach to his complaint a "request to waive court fees" that appears to be a form from the Superior Court of California. ECF No. 1 at 14-15. This is not a proper motion for IFP status.

Plaintiff is hereby ORDERED to pay the filing fee or submit a proper motion and supporting affidavit for IFP status by December 3, 2019. If plaintiff fails to comply with this order, the undersigned will recommend that this case be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b); Local Rule 110.

DATED: November 19, 2019

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE