UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. PEOPLES, JR.<br><br>Plaintiff,<br><br>v.<br><br>NAVY BOARD ANNEX<br><br>Defendant. | No. 2:19-cv-02253 TLN AC PS<br><br><br><br>ORDER |

On February 26, 2020, defendant filed a motion to dismiss. ECF No. 20. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 26, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE