UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. PEOPLES, JR., | No. 2:19-cv-02253-TLN-AC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| NAVY BOARD ANNEX, | |
| Defendant. | |

Plaintiff is proceeding in this matter pro se, and accordingly this matter was referred to the undersigned pursuant to Local Rule 302(c)(21).  On June 19, 2020, plaintiff filed a statement regarding the closure of this case.  ECF No. 34.  The statement informs the court that the NAACP will be investigating plaintiff's allegations.  Plaintiff's case was closed on June 16, 2020.  ECF No. 33.  Plaintiff is advised that documents filed by plaintiff after the closing date will be disregarded and no orders will issue in response to future filings.

DATED: June 23, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1